*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 18-BG-1005**

IN RE JACK C. HUANG

**2018 DDN 248**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 982782**

BEFORE: Beckwith, Associate Judge, and Nebeker and Ferren, Senior Judges.

## O R D E R
(FILED – December 20, 2018)

On consideration of the certified order of the Supreme Court of California suspending respondent from the practice of law in that jurisdiction for a minimum of two years, with reinstatement subject to a showing of fitness and his compliance with numerous conditions; this court's October 5, 2018, amended order directing him to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel regarding reciprocal discipline; and it appearing that respondent failed to file either a response to the court's show cause order or his D.C. Bar R. XI, §14 (g) affidavit, it is

ORDERED that Jack C. Huang is hereby suspended from the practice of law in the District of Columbia for a period of two years. Reinstatement is conditioned on a showing of fitness and full compliance with the conditions imposed by the state of California. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement respondent's period of suspension will not begin to run until such time as he files a D.C. Bar R. XI, § 14 (g) affidavit.


**PER CURIAM**